BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TYRAH C. BUFFORD, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WALGREEN CO.; and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | Case No. 2:15-CV-03357 AJW<br><br>(Los Angeles County Superior Court Case No. BC578086)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>Complaint Filed:　　April 7, 2015<br>Removed to USDC:　May 5, 2015<br>Trial Date:　　　　　May 24, 2016 |

Pursuant to Stipulation of Dismissal between the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Complaint and this entire action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a);

2. Each party shall bear its/his own fees, costs and expenses.

**IT IS SO ORDERED.**

Dated:____11/23/2015_____          _____
　　　　　　　　　　　　　　　　　Hon. Andrew J. Wistrich
　　　　　　　　　　　　　　　　　United States Magistrate Judge

SM01DOCS\1123062.1                              1

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL